1

2

3

4

5 **IN THE UNITED STATES DISTRICT COURT FOR THE**

6 **EASTERN DISTRICT OF CALIFORNIA**

7

8                                             1:14-cv-00788-AWI-JLT

CENTURY 21 REAL ESTATE LLC,

9 a Delaware Limited Liability         **ORDER VACATING HEARING**

Company,                             **DATE AND TAKING MATTER**

10                                            **UNDER SUBMISSION**

11          Plaintiff,

12     v.

13 RAMROM ENTERPRISES, a

Nevada corporation doing business as

14 CENTURY 21 VISION REALTY;

and RUEBEN ZAMUDIO, an

15 individual,

16

          Defendants.

17 _____/

18      On June 6, 2014, Plaintiff Century 21 Real Estate LLC, filed a motion for preliminary

19 injunction. The motion is set for hearing on July 7, 2014 at 1:30p.m. in Courtroom 2. Defendants

20 have filed no opposition and the time for such a filing has expired. Having reviewed the

21 pleadings of record and all competent and admissible evidence submitted, the Court finds this

22 matter suitable for decision without oral argument.  *See* Eastern District Local Rule 230(g).  The

23 hearing date of July 7, 2014 is hereby VACATED and the parties shall not appear at that time.

24 The Court will take the matter under submission and thereafter issue its decision.

25

26 IT IS SO ORDERED.

27 Dated:   July 1, 2014         _____

                                SENIOR  DISTRICT  JUDGE

28

                                         1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28