**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTURY 21 REAL ESTATE LLC, ) | CASE NO: 1:14-cv-00788  AWI JLT |
| Plaintiff, ) ) | ORDER TO PLAINTIFF TO SEEK DEFAULT JUDGMENT |
| v. ) | |
| RAMRON ENTERPRISES, et al., ) ) | |
| Defendants. ) | |

On July 14, 2014, the Clerk entered default against the defendants. (Doc. 15) However, Plaintiff has not filed its motion for default judgment. Based upon the foregoing, the Court **ORDERS:**

1. No later than **September 26, 2014**, Plaintiff **SHALL** file its motion for default judgment;

2. The scheduling conference, currently set on September 9, 2014, is **VACATED**.

IT IS SO ORDERED.

Dated:   **August 12, 2014**              /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE