1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11
12
13
14
15
16

| | |
|---|---|
| CENTURY 21 REAL ESTATE, LLC, | ) Case No.: 1:14-cv-00788 - AWI - JLT |
| Plaintiff, | ) |
| | ) ORDER GRANTING PLAINTIFF'S MOTION FOR |
| v. | ) AN EXTENSION OF TIME TO FILE A MOTION |
| | ) FOR DEFAULT JUDGMENT |
| RAMROM ENTERPRISES, et al., | ) |
| Defendant. | ) (Doc. 18) |
| | ) |
| | ) |

17
18
19

Plaintiff Century 21 Real Estate, LLC requested the entry of default as to defendants Ramrom Enterprises and Rueben Zamudio on July 11, 2014.  (Doc. 14.)  Accordingly, the Clerk entered default against the defendants on July 14, 2014.  (Doc. 15.)

20
21
22
23
24
25
26
27

On August 13, 2014, the Court ordered Plaintiff Century 21 Real Estate, LLC, to file a motion for default judgment no later than September 26, 2014.  (Doc. 17.)  On September 22, 2014, Plaintiff filed a request for an extension of time to file its motion for default judgment.  (Doc. 18.)  Plaintiff reports it is preparing relevant documents in support of its motion for default judgment, "including the two declarations of company witnesses." (*Id.* at 3ign.)  However, the witnesses will not be available to review and sign their declarations prior to September 29, 2014.  (*Id.*)  Therefore, Plaintiff requests "a brief extension of time to seek default judgment" against Ramrom Enterprises and Reuben Zamudio.  (*Id.* at 4.)

28

*///*

Good cause appearing, **IT IS HEREBY ORDERED**:

1.      Plaintiff's request for an extension of time is **GRANTED**; and

2.      Plaintiff **SHALL** file its motion for default judgment no later than **October 10, 2014**.

IT IS SO ORDERED.

Dated:   **September 24, 2014**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE

2